HEALTHCARE SAFETY SYSTEMS INC et al v. ARAMSCO INC et al　　　　　　　　　　　　　　　　　　　　Doc. 13
Case 4:06-cv-00203-WCS　　Document 13　　Filed 05/02/2006　　Page 1 of 2

Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HEALTHCARE SAFETY SYSTEMS, INC., a Delaware corporation, d/b/a ASSISTIVE TECHNOLOGY, INC., and THOMAS E. ROBERTS, an individual, d/b/a EMERGENCY PREPAREDNESS SYSTEMS,**

　　**Plaintiffs,**

vs.　　　　　　　　　　　　　　　　Case No. 4:06cv203-WS/WCS

**ARAMSCO, INC., a Delaware Corporation; DAVID BEDNAR, an individual; HEALTHLINE MEDICAL PRODUCTS, INC., a Florida corporation; BRUCE & ASSOCIATION, L.L.C., a Tennessee limited liability company, d/b/a BRUCE AND COMPANY; and BRUCE E. FONTECCHIO, an individual,,**

　　**Defendants.**

_____/

## O R D E R

Plaintiffs seek a preliminary injunction. Doc. 7. The motion has been referred to me by Judge Stafford. Doc. 11. Plaintiffs have shown a need for an immediate hearing, though Defendants have yet to enter an appearance.

Dockets.Justia.com

Accordingly, it is **ORDERED** that:

1. An evidentiary hearing is scheduled before me in courtroom 2, United States Court House, 111 North Adams Street, Tallahassee, Florida, commencing at 9:00 a.m. on Thursday, May 11, 2006.  The entire day is reserved.  If any party feels the need for the hearing to continue beyond one day, that party shall promptly notify my judicial assistant at 850-521-3621.

2. The Clerk shall send a copy of this order by United States Mail to Defendants as identified on Plaintiffs' certificate of service.

3. Plaintiffs shall immediately send a copy of this order to Defendants by overnight delivery and shall file a notice that they have given Defendants this notice.

**DONE AND ORDERED** on May 2 , 2006.

                                      s/    William C. Sherrill, Jr.
                                      **WILLIAM C. SHERRILL, JR.**
                                      **UNITED STATES MAGISTRATE JUDGE**